IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| P & R Group, Inc., | ) | Case No. 09-26571 |
| a Delaware corporation, | ) | |
| d/b/a Standard Studios, | ) | Judge Schmetterer |
| | ) | |
|    Debtor/Debtor-in-Possession. | ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on 10th day of August, 2009 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in the room usually occupied by him/her as courtroom 682 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the Motion for Employment of Attorneys, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served by first class mail, postage pre-paid, to the names and addresses listed on the attached Service List on the 3rd day of August 2009.

/s/David K. Welch

## SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

William Choslovsky, Esq.
Neal Gerber Eisenberg LLP
Two North LaSalle St. Suite 1700
Chicago, IL 60602

American Express
20118 N. 67th Ave.
Suite 300.143
Glendale. AZ 85308
Attn: Jeanine Shackleford
Relationship Manager

Axis Global Systems
46-35 54th Road
Maspeth, NY 11378
Attn: Mirta

CenterPoint Properties Trust
1808 Swift Drive
Oak Brook, IL 60523-1501
Attn: Christopher Sultz

CitiBusiness Card
PO Box 688901
Des Moines, IA 50368-8901
Attn: Customer Service

Critchell-Miller & Petrus, Inc.
188 Industrial Drive
Suite 428
Elmhurst, IL 60126
Attn: Mark Petrus

Drytac Corporation
5383 Glen Alden Drive
Richmond, VA 23231

Eastman Kodak Company
1745 Solutions Center
Chicago, IL 60677-1007

Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094-4515
Attn: Bonny Wright
Fedex collections

Fisher Textiles, Inc.
139 Business Park Drive
Indian Trail, NC 28079-0307
Attn: Scott Fisher

Interlam, Inc.
1805 Red Bank School Road
Claudville, VA 24076

MGE, Inc.
721 Crossroads Court
Vandalia, OH 45377
Attn: Paul White

Med-West Neon Supply Co.
4101 N. Rockwell
Chicago, IL 60618-2822
Attn: Todd

Nazadar Chicago
2584 Paysphere Circle
Chicago, IL 60674
Attn: Leonard Tandaric

Piedmont Plastics, Inc.
5010 W. W.T. Harris Blvd.
Charlotte, NC 28269
Attn: Cassandra Dempsey
Credit Dept.

Pittman Co.
221 Covington Drive
Bloomingdale, IL 60108
Attn: Rosemarie Perkins

Sign Supply USA - Pompano
1711 Blount Road
CHI-13
Pompano Beach, FL 33069
Attn: Credit Dept.

Space Markets Group Ltd.
2401 Lisson road
Naperville, IL 60565
Attn: Terry Gaca

Stafford Textiles Limited
2200 Lakeshore Blvd. W.
#308
Toronto Ontario, Canada M8V1A4

The Install Group, Inc.
4444 Turtle Creek Way
Lexington, KY 40509
Attn: Aaron Reeves

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Libertyville Bank & Trust Company
507 N. Milwaukee Ave.
Libertyville, IL 60048

Illinois Department of Revenue
Attn: James Newbold
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| P & R Group, Inc., ) | Case No. 09-26571 |
| a Delaware corporation, ) | |
| d/b/a Standard Studios, ) | Judge Schmetterer |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

**MOTION FOR EMPLOYMENT OF ATTORNEYS**

P & R Group, Inc., Debtor and Debtor in Possession herein, makes its Motion for Employment of Attorneys, and in support thereof; states as follows:

1. On July 23, 2009, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its financial affairs as Debtor in Possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this Chapter 11 case.

2. The Debtor wishes to employ DAVID K. WELCH, EUGENE CRANE, SCOTT R. CLAR, JEFFREY C. DAN and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), all of whom are duly admitted to practice in this Court, as its attorneys herein.

3. The Debtor further states that it has selected CHSWC for the reason that they have considerable experience in matters of this nature and are well qualified to perform the services as required herein.

4. The Debtor further states that it is necessary for it to employ and have the aid of duly qualified counsel to render the following professional services, namely:

    A.    To prepare necessary applications, motions, answers, orders, adversary proceedings, reports and other legal papers;

    B.    To provide the Debtor with legal advice with respect to their rights and duties involving its property as well as its reorganization efforts herein;

C. To appear in court and to litigate whenever necessary; and

D. To perform any and all other legal services that may be required from time to time in the ordinary course of the Debtor's business during the administration of this bankruptcy case.

5. To the best of the Debtor's knowledge, and pursuant to the Affidavits attached hereto as **Exhibit A** and incorporated by reference herein, CHSWC does not hold any interest adverse to the Debtor or the estate in the matters upon which they are to be engaged herein. Employment of CHSWC is in the best interest of the Debtor and this estate.

6. Prior to the filing of this Chapter 11 case, CHSWC was paid $35,039.00 as an advance payment retainer for its representation of the Debtor in this bankruptcy case and matters relating thereto. All compensation and reimbursement of expenses to CHSWC are subject to the further Order of this Court.

WHEREFORE, P & R Group, Inc., Debtor /Debtor in Possession herein, prays for the entry of an Order authorizing the employment of DAVID K. WELCH, EUGENE CRANE, SCOTT R. CLAR, JEFFREY C. DAN and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR as its attorneys herein, retroactive to July 23, 2009, to perform all necessary legal services for the Debtor while the Debtor is in this bankruptcy case and granting such other relief as may be just and appropriate.

                P & R Group, Inc.
                Debtor/Debtor in Possession

                By: /s/David K. Welch
                     One of their Attorneys

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ.   (Atty. No. 06183621)
EUGENE CRANE, ESQ.    (Atty. No. 0537039)
SCOTT R. CLAR, ESQ.     (Atty. No. 06183741)
JEFFREY C. DAN, ESQ.    (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777